# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE LYNN LANG,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:13-cv-00590-SAB<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>ECF NO. 4 |

Plaintiff Stephanie Lynn Lang ("Plaintiff") filed a motion to proceed in forma pauperis in this action on April 23, 2013.  (ECF No. 4.)  Plaintiff's motion demonstrates grounds to proceed in this action without prepayment of fees.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis is GRANTED;

2. The Clerk of the Court is DIRECTED to issue a summons; and

3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated:   **May 7, 2013**

                                  UNITED STATES MAGISTRATE JUDGE

1