Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff STEPHANIE LANG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| STEPHANIE LANG<br><br>        Plaintiff,<br><br>    vs.<br><br>CAROLYN COLVIN, Acting<br><br>Commissioner of Social Security,<br><br>        Defendant | Case No.:   1:13-CV-0590-SAB<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE |

TO THE HONORABLE STANLEY A. BOONE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Stephanie Lang ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to January 31, 2014; and that Defendant shall have until March 3, 2014, to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due March 10, 2014.

1  An extension of time for plaintiff is needed in order to properly address the
2  issues within the administrative record in this matter to avoid a confluence of due
3  dates in the midst of the holiday season as a result of the lapse in appropriations.
4  Counsel sincerely apologizes to the court for any inconvenience this may have had
5  upon it or its staff.

6

7  DATE: December 23, 2013        Respectfully submitted,
8                                 LAW OFFICES OF LAWRENCE D. ROHLFING
9                                      /s/ *Steven G. Rosales*
                              BY: _____
10                                Steven G. Rosales
                                  Attorney for plaintiff STEPHANIE LANG
11

12 DATE:  December 23, 2013        BENJAMIN WAGNER
                                   United States Attorney
13                                 Donna L. Calvert
14                                 Acting Regional Chief Counsel, Region IX
                                   Social Security Administration
15

16                                 */S/- *Tim Bolin*

17
                                   _____
18                                 Tim Bolin
                                   Special Assistant United States Attorney
19                                 Attorney for Defendant
20                                 [*Via email authorization]

21

22

23

24

25

26

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including January 31, 2014, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to March 3, 2014 to consider the contentions raised in Plaintiff's Opening Brief, and file any opposition if necessary.  Any reply by plaintiff will be due March 10, 2014.

IT IS SO ORDERED.

Dated:   **December 26, 2013**

UNITED STATES MAGISTRATE JUDGE